IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERENC FODOR,

       Plaintiff,

v.                                   CASE NO. 5:12-cv-28-RS-CJK

BRIAN D'ISERNIA,

       Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13) and Plaintiff's Objections (Doc. 14). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 9) is **GRANTED**.

3. Plaintiff's Amended Complaint (Doc. 5) is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

4. Defendant's Motion to Strike and for Case Management Conference (Doc. 12) is **DENIED as moot**.

     5.     The clerk is directed to close the file.

**ORDERED** on June 11, 2012.

                                      <u>/S/ Richard Smoak</u>
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**