IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERENC FODOR,

   Plaintiff,

v.                                      CASE NO. 5:12-cv-28-RS-CJK

EASTERN SHIPBUILDING GROUP,

   Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 132) and Plaintiff's Notice of Appeal and Objection to Report and Recommendation (Doc. 136). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Summary Judgment (Doc. 90) is **DENIED**.

3. The following matters are **STRICKEN** from Plaintiff's Second Amended Complaint (Doc. 89).

    a. Plaintiff's use of the term "forged" in paragraph 12 of Plaintiff's "Statement of Facts";

    b. Plaintiff's use of the term "forged" in paragraph 13 of Plaintiff's "Statement of Facts";

    c. Plaintiff's use of the term "forged" in paragraph 11 of Plaintiff's "Factual Allegations";

    d. Plaintiff's request for "criminal investigation against the defendant for uttering, forging plaintiff employment application" in Plaintiff's "Request for Relief"; and

    e. Plaintiff's request for monetary damages for "criminal act against plaintiff" in Plaintiff's "Request for Relief."

**ORDERED** on January 7, 2014.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**