IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERENC FODOR,

   Plaintiff,

v.                                CASE NO.  5:12-cv-28-RS-CJK

EASTERN SHIPBUILDING GROUP,

   Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 160) and Plaintiff's Responses and Objections to Report and Recommendations (Doc. 161).  I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 137) is **GRANTED**.

3. Defendant's Motion to Dismiss (Doc. 102) for Plaintiff's failure to comply with the court's August 30, 2013 discovery order is **DENIED as moot** in light of Defendant's notice of Plaintiff's

compliance (Doc. 134) and in light of this Court's entry of summary judgment in Defendant's favor on the merits.

4. Defendant's Motion to Dismiss (Doc. 102) for Plaintiff's failure to obey the discovery order requiring Plaintiff to pay a discovery sanction be **DENIED as moot** in light of this Court's entry of summary judgment in defendant's favor on the merits.

5. Judgment is entered in favor of the Defendant and against the Plaintiff on all claims.

6. The $5,218.89 discovery sanction imposed against Plaintiff in favor of Defendant shall be reduced to judgment.

**ORDERED** on April 15, 2014.

<u>**/s/ Richard Smoak**</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**